IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUZANNE COPLEY, | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WYETH, INC., et al., | : | |
|     Defendants | : | NO. 09-722 |

## ORDER

**AND NOW**, this 22nd day of April 2009, upon consideration of Plaintiff's Motion to Remand (Doc. No. 8) and Defendants' Response in Opposition (Doc. No. 12), **IT IS HEREBY ORDERED** that the Motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE