IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUZANNE COPLEY,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH, INC., et al.,** | : | |
| **Defendants** | : | **NO. 09-722** |

## ORDER

**AND NOW**, this 16th day of July 2009, upon consideration of Motion to Transfer by Actavis, Inc. and Actavis Elizabeth LLC (Doc. No. 32) and the responses and replies thereto (Doc. Nos. 38-42), **IT IS HEREBY ORDERED** that the Motion is **GRANTED** for the reasons set forth in the accompanying Memorandum, and this action shall be **TRANSFERRED** to the U.S. District Court for the Middle District of Tennessee for all purposes.

BY THE COURT:

  s/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE